CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:08−cv−00863−DMC−MF

WORMLEY v. DAVOL INC. et al
Assigned to: Judge Dennis M. Cavanaugh
Referred to: Magistrate Judge Mark Falk
Cause: 28:1332 Diversity−Product Liability

Date Filed: 02/15/2008
Date Terminated: 04/07/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**JOANNE WORMLEY**

represented by **MELANIE H. MUHLSTOCK**
PARKER, WAICHMAN &ALONSO, LLP
111 GREAT NECK ROAD
1ST FLOOR
GREAT NECK, NY 11201−5402
(516) 466−6500
Email: mmuhlstock@yourlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2008 | " 1 | COMPLAINT against DAVOL INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 1867188.) Jury Demand, filed by JOANNE WORMLEY. (Attachments: # 1 summons bard, # 2 summons davol, # 3 Civil Cover Sheet)(ld, ) (Entered: 02/20/2008) |
| 02/20/2008 | " 2 | Summons Issued as to DAVOL INC., C.R. BARD, INC.. Days Due − 20.(SUMMONS MAILED TO COUNSEL) (ld, ) (Entered: 02/20/2008) |
| 04/07/2008 | " 3 | Certified Copy of MDL Conditional Transfer Order transferring case to the United States District Court for the District of Rhode Island. Signed by Judge No Judge Assigned on 4/7/08. (dc, ) (Entered: 04/07/2008) |
| 04/07/2008 | " | ***Civil Case Terminated. (dc, ) (Entered: 04/07/2008) |